Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS BIRGMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC, a foreign limited-liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant(s). | Case No.:  2:17-cv-00717-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff Thomas Birgmann ("Plaintiff") and Defendant Capital One Services II, LLC (identified as Capital One Services, LLC in the Complaint) ("Defendant"), by and through undersigned counsel, hereby stipulate to an one-week extension of time to respond to Plaintiff's Complaint (ECF No. 1) filed on March 13, 2017.  The response is currently due May 9, 2017.

The parties stipulate that Defendant has up to and including **May 15, 2017** in which to respond to Plaintiff's Complaint.  This is the second request for an extension of time to respond to the Complaint.  Defendant and its counsel require additional time to prepare and review an appropriate response to the Complaint.

. . .

This request is sought in good faith and not for purposes of delay.

DATED this 8th day of May, 2017. DATED this 8th day of May, 2017.

THE THATER LAW GROUP, P.C.  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *M. Lani Esteban-Trinidad* /s/ *Erica J. Chee*

M. Lani Esteban-Trinidad
Nevada Bar No. 6967
6390 W. Cheyenne Avenue, Suite A
Las Vegas, NV 89108
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 8177
Erica J. Chee
Nevada Bar No. 12238
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2017