Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS BIRGMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC, a foreign limited-liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant(s). | Case No.:  2:17-cv-00717-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant Capital One Services II, LLC ("Defendant") and Plaintiff Thomas Birgmann ("Plaintiff"), by and through undersigned counsel, that all claims Plaintiff had or may have had against Defendant that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

Each party is to bear their own fees and costs.

DATED this 1st day of September, 2017.          DATED this 1st day of September, 2017.

THE THATER LAW GROUP, P.C.                      OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.

/s/ *M. Lani Esteban-Trinidad*                  /s/ *Erica J. Chee*
M. Lani Esteban-Trinidad                        Anthony L. Martin
Nevada Bar No. 6967                             Nevada Bar No. 8177
6390 W. Cheyenne Avenue, Suite A                Erica J. Chee
Las Vegas, NV 89108                             Nevada Bar No. 12238
*Attorneys for Plaintiff*                       Wells Fargo Tower
                                                Suite 1500
                                                3800 Howard Hughes Parkway
                                                Las Vegas, NV 89169
                                                *Attorneys for Defendant*

**ORDER**

Pursuant to the parties' stipulation IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: September 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

2